THE STATE EX REL. TAMCO DISTRIBUTORS COMPANY, APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Tamco Distrib. Co. v. Indus. Comm.*, 98 Ohio St.3d 285,
2003-Ohio-369.]

*Workers' compensation — Court of appeals' judgment affirmed.*

(No. 2002-0701 — Submitted January 7, 2003 — Decided February 12, 2003.)

APPEAL from the Court of Appeals for Franklin County, No. 01AP-874.

————————————

{¶1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

————————————

David R. Cook, for appellant.

Jim Petro, Attorney General, and Keith D. Blosser, Assistant Attorney General, for appellee Industrial Commission of Ohio.

Elliott, Heller, Maas, Moro & Magill Co., L.P.A., Robert J. Foley and Richard L. Magill, for appellee Marilyn D. Cramb.

————————————